Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:25-cv-00024-KML |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SERVICE OF ORDER (DOC. 7) |
| Travel Club Enterprises LLC, et al. | |
| Defendant | |

COMES NOW Plaintiff Jason Crews hereby notifies the Court that Club Enterprises LLC dba Club Travelo and Alexandra Olson was served a copy of this Court's Order (Doc. 7) USPS on January 15, 2025.

Dated this January 24, 2025.

/s/*Jason Crews*
Jason Crews

NOTICE OF SERVICE OF ORDER (DOC. 7) - 1