AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-00024-KML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Alexandra Olson**
was recieved by me on  **2/18/2025:**

[X]  I personally served the summons on the individual at **4818 E Hearn Rd, Scottsdale, AZ 85254** on **02/27/2025 at 4:05 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]  Other *(specify)*


My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   02/27/2025

*Server's signature*

**Janice Leitner**
*Printed name and title*

**13202 N Victor Hugo Ave**
**Phoenix, AZ 85032**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Alexandra Olson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0160183780**

