AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00024-KML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Travel Club Enterprises LLC dba Club Travelo**
was recieved by me on  **3/07/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Jane Doe**, who is designated by law to accept service of process on behalf of **Travel Club Enterprises LLC dba Club Travelo** at **4818 E Hearn Rd, Scottsdale, AZ 85254** on **03/11/2025 at 5:54 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   03/11/2025

*Server's signature*

**Stephen Macek**
*Printed name and title*

**15016 N 28th Ave**
**Phoenix, AZ 85053**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to an individual who refused to give their name who identified themselves as the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**



Tracking #: **0161546481**

