Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v | Request For Entry of Default for Travel Club Enterprises LLC |
| Travel Club Enterprises LLC, *et al.* | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Travel Club Enterprises LLC ("Travel Club"). In support of his request, Crews states as follows:

- The summons for Travel Club was issued January 10, 2025.
- Copies of the summons and complaint were personally served to Travel Club on March 11, 2025.
- Proof of service was filed with the Court March 12, 2025. Doc. 12.
- Travel Club was served Plaintiff's second amend complaint via USPS on March 27, 2025.
- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.
- Travel Club is a business and is neither an infant nor an incompetent person.

1

Dated this April 27, 2025.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By: /s/*Jason Crews*

Jason Crews

2