Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v. | Declaration in Support of Plaintiff's Request |
| Travel Club Enterprises LLC, *et al.* | For Entry of Default for Travel Club |
| Defendants. | Enterprises, LLC. |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Travel Club Enterprises LLC ("Travel Club"), was served a copy of the summons and complaint on March 11, 2025 via process server.

3. Proof of service was filed with the Court March 12, 2025. Doc. 12.

4. Travel Club was served Plaintiff's second amend complaint via USPS on March 27, 2025.

5. Travel Club was required to file an answer no later than April 17, 2025.

6. No answer has been received.

7. Travel Club is a business and is neither an infant nor an incompetent person.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this April 27, 2025.

_____
Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By: _____/s/Jason Crews_____
    Jason Crews