Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v. | Declaration in Support of Plaintiff's Request For Entry of Default for Alexandra Olson |
| Travel Club Enterprises LLC, *et al.* | |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Alexandra Olson ("Olson"), was served a copy of the summons and complaint on February 27, 2025 via process server.

3. Proof of service was filed with the Court March 1, 2025. Doc. 11.

4. Olson was served Plaintiff's second amended complaint via USPS on March 27, 2025.

5. Olson was required to file an answer no later than April 17, 2025.

6. No answer has been received.

7. Olson is a business owner and I have no reason to believe she is an infant or an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this April 27, 2025.

_____
Jason Crews

**COPIES** of the foregoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By: _____/s/Jason Crews_____
      Jason Crews