**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>      Plaintiff,<br><br>v.<br><br>Travel Club Enterprises LCC, et al.,<br><br>      Defendants. | NO. CV-25-00024-PHX-KML<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Travel Club Enterprises LLC.

DEFAULT ENTERED this 28th day of April, 2025.

Debra D. Lucas<br>District Court Executive/Clerk of Court

April 28, 2025

By   s/ K. James<br>         Deputy Clerk