Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v. | Motion for Extension of Time to File First Amended Complaint |
| Travel Club Enterprises LLC, *et al.* | |
| Defendants. | |

Plaintiff Jason Crews, proceeding pro se, respectfully moves this Court for a brief extension of time to comply with the Court's Order dated June 30, 2025 (Doc. 20), and states as follows:

**BACKGROUND**

1. On June 30, 2025, this Court issued an Order requiring Plaintiff to file either a signed amended complaint or a statement that he does not oppose the Court striking his amended complaint no later than July 7, 2025.
2. The Court's Order was filed on June 30, 2025, providing Plaintiff with only seven (7) days to comply with the Court's requirements.

1

**GROUNDS FOR EXTENSION**

3. The July 4, 2025 federal holiday falls within the Court's seven-day deadline, effectively reducing the working days available to prepare the required filing.
4. The short timeframe, coupled with the July 4th holiday, has created logistical challenges in preparing the properly signed amended complaint and ensuring compliance with all procedural requirements outlined in the Court's Order.
5. Plaintiff is proceeding pro se and requires additional time to carefully review the Court's Order and prepare the amended complaint in accordance with Federal Rules of Civil Procedure 11(a) and 5(a)(1)(B).
6. No previous extensions have been requested in this matter.
7. The requested extension will not prejudice Defendants, as Travel Club Enterprises LLC is already in default, and Defendant Alexandra Olson has not yet been served with the amended complaint.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court grant a brief extension of time until July 14, 2025, to file either a signed amended complaint or a statement that he does not oppose the Court striking his amended complaint.

Plaintiff represents that he intends to file a signed amended complaint simultaneously with this motion, thereby mooting the need for the requested extension.

Dated this July 9, 2025.

/s/ *Jason Crews*

Jason Crews

| | |
|---|---|
| 1 | **COPIES** of the forgoing were filed with the court |
| 2 | electronically via CM/ECF this same date. |
| 3 | |
| 4 | **COPIES** of the foregoing were mailed via USPS to |
|   | Travel Club Enterprises, LLC |
| 5 | 7141 E Main St |
| 6 | Scottsdale, AZ 85251-4315 |
| 7 | AND |
| 8 | |
|   | Alexandra Olson |
| 9 | 4818 E Hearn Rd |
|   | Scottsdale, AZ 85254-2837 |
| 10 | |
| 11 | By: _____/s/*Jason Crews*_____ |
| 12 | Jason Crews |

3