Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v. | [Proposed] ORDER |
| Travel Club Enterprises LLC, *et al.* | |
| Defendants. | |

Plaintiff Jason Crews has moved for an extension of time to comply with this Court's Order dated June 30, 2025 (Doc. 20). Having reviewed the motion and finding good cause shown,

IT IS ORDERED that Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff shall have until July 14, 2025, to file either a signed amended complaint or a statement that he does not oppose the Court striking his amended complaint.

IT IS FURTHER ORDERED that if Plaintiff files a signed amended complaint, he must file proof he served that complaint on defendants within three days of the amended complaint being filed.

IT IS FURTHER ORDERED that if Plaintiff files a signed amended complaint and no defendant responds to the complaint within fourteen days of service, Plaintiff shall apply for entry of default within five days of the expiration of defendants' response deadline and Plaintiff shall apply for default judgment within five days of the entry of defendants' defaults.

IT IS FURTHER ORDERED that if Plaintiff does not oppose striking the amended complaint, no later than July 14, 2025, he shall apply for entry of default against defendant Alexandra Olson and file a motion for default judgment within five days of Olson's default being entered.