IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-25-00024-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Travel Club Enterprises LCC, et al., | |
| Defendants. | |

Plaintiff Jason Crews seeks an extension of time to file a signed version of his complaint. (Doc. 21.) Good cause appearing, that request is granted. Crews must serve the amended complaint and file proof of service on the docket.

**IT IS ORDERED** the Motion for Extension of Time (Doc. 21) is **GRANTED**. The First Amended Complaint (Doc. 22) is accepted as timely filed.

**IT IS FURTHER ORDERED** no later than **July 17, 2025**, Crews shall serve the amended complaint and file proofs of service on the docket.

/

/

/

/

/

/

/

**IT IS FURTHER ORDERED** if no defendant responds to the complaint within fourteen days of service, plaintiff shall apply for entry of default within **five days** of the expiration of defendants' response deadline and plaintiff shall apply for default judgment within **five days** of the entry of defendants' defaults.

Dated this 10th day of July, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge

- 2 -