# USPS eReceipt

**donotreply@ereceipt.usps.gov**  JUL 9



GILBERT
137 E ELLIOT RD
GILBERT, AZ 85234-9998
www.usps.com

07/09/2025                                                                                              06:52 PM

---
TRACKING NUMBERS
9507 1066 0111 5190 4153 36
9507 1066 0111 5190 4153 50

---
TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---
PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.59 |

    Scottsdale, AZ  85251
    Weight: 4.10 oz
    Estimated Delivery Date
        Sat 07/12/2025
    Tracking #:
        9507 1066 0111 5190 4153 36
    Certified Mail®                                                                                     $4.85
    e-Return Receipt                                                                                    $2.62
Total                                                                                                   $10.06

First-Class Mail®                        1                              $2.59

```
Large Envelope
    Scottsdale, AZ  85254
    Weight: 4.16 oz
    Estimated Delivery Date
        Sat 07/12/2025
    Tracking #:
        9507 1066 0111 5190 4153 50
    Certified Mail®                                              $4.85
    e-Return Receipt                                             $2.62
Total                                                           $10.00

First-Class Mail®                              1                 $2.04
Large Envelope
    Jamaica, NY  11432
    Weight: 2.70 oz
    Estimated Delivery Date
        Tue 07/15/2025

First-Class Mail®                              1                 $2.04
Large Envelope
    Jamaica, NY  11432
    Weight: 2.70 oz
    Estimated Delivery Date
        Tue 07/15/2025
-----------------------------------------------------------------------
Grand Total:                                                    $24.20
-----------------------------------------------------------------------
Credit Card Remit                                               $24.20
    Card Name: VISA
    Account #: XXXXXXXXXXXX8602
    Approval #: 009731
    Transaction #: 165
    Receipt #: 000165
    AID: A000000031010            Contactless
    AL: VISA CREDIT
-----------------------------------------------------------------------

              Use Tracking # for inquiry on Return
                    Receipt (Electronic).

                     TO REPORT AN ISSUE
                Visit https://emailus.usps.com

              For Return Receipt (by email), visit
              USPS.com, click on Track & Manage and
            enter Tracking number; click on drop-down
             arrow under Return Receipt Electronic;
           enter name and email address and click on
                        Request Email.

               PREVIEW YOUR MAIL AND PACKAGES
                     Sign up for FREE at
                 https://informeddelivery.usps.com

           All sales final on stamps and postage.
             Refunds for guaranteed services only.
                  Thank you for your business.
```

```
                        Customer Service
                         1-800-ASK-USPS
                   Agents do not have any additional
                information other than what is provided on
                               USPS.com.

                    Tell us about your experience.
              Go to: https://postalexperience.com/ssk?mt=13
```

---

UFN: 033404-9550
Receipt #: 840-18520497-1-8386166-5
Clerk: 00

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.