# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-25-00024-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Travel Club Enterprises LCC, et al., | |
| Defendants. | |

On July 10, 2025, plaintiff Jason Crews was ordered to serve the amended complaint and, if no defendant responded to that complaint, Crews was required to apply for default and seek default judgment shortly after expiration of defendants' deadline to respond to the amended complaint. (Doc. 23.) Crews served the amended complaint on July 10, 2025, but has not complied with the order to seek entry of default and default judgment. Crews must comply with orders and prosecute this case. Failure to comply with this order will result in dismissal of this case. *See* Fed. R. Civ. P. 41(b) (allowing for dismissal based on failure to prosecute).

**IT IS ORDERED** no later than **September 12, 2025**, plaintiff shall apply for entry of default against each defendant. The Clerk of Court is directed to enter a judgment of dismissal without prejudice in the event plaintiff does not apply for entry of default by that date.

/
/

**IT IS FURTHER ORDERED** if plaintiff timely applies for entry of defaults, he shall file his motion for default judgment within ten days of the defaults being entered.

Dated this 29th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge

- 2 -