# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Travel Club Enterprises LCC, et al.,<br><br>　　　　Defendants. | NO. CV-25-00024-PHX-KML<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Alexandra Olson. DEFAULT ENTERED this 8th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 8, 2025

　　　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　　By　　Deputy Clerk