UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Travel Club Enterprises LLC, *et al.*<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00024-KML<br><br>[Proposed] ORDER  Granting Plaintiff's Motion of Default |

IT IS ORDERED that Plaintiff's Motion for Default against Travel Club Enterprises, LLC and Alexandra Olson is granted.

IT IS FURTHER that Defendants Motion for Default against Travel Club Enterprises, LLC and Alexandra Olson are jointly and severally liable for damages in the amount of $4,055.

1