Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v<br><br>Travel Club Enterprises LLC, *et al*.<br>　　　　　Defendants. | Case No.: 2:25-cv-00024-KML<br><br>Motion For Extension Of Time To Provide Proof Of Service On Defendants |

Plaintiff Jason Crews respectfully requests a 30-day extension of time to effect service of the amended complaint on defendants Travel Club Enterprises LLC and Alexandra Olson. In support of this motion, plaintiff states as follows:

1. On January 2, 2026, this Court issued an order requiring plaintiff to file proof of service via personal service by a process server no later than January 12, 2025 [sic - 2026]. (Doc. 31 at 3.)
2. The Court's order denied plaintiff's motion for default judgment and struck the entries of default because plaintiff failed to serve the amended complaint under Federal Rule of Civil Procedure 4. (Doc. 31 at 2.)
3. Plaintiff acknowledges his error in serving the amended complaint via regular mail rather than through formal service under Rule 4.

1

4. Plaintiff was operating under the mistaken belief that Federal Rule of Civil Procedure 5 governed service of the amended complaint. Rule 5 permits service by mail or other simple methods for pleadings filed after parties have appeared in the case.

5. Plaintiff did not willfully disregard the rules or this Court's orders, but rather misunderstood which rule applied to service of an amended complaint filed against defendants who had not yet appeared.

6. The January 12, 2026 deadline provides plaintiff with only 10 days from the date of the Court's order to arrange for and complete personal service by a process server on two defendants.

7. Plaintiff requires additional time to: a. Retain a qualified process server in Arizona; b. Provide the process server with the amended complaint and necessary information to locate defendants; c. Allow the process server adequate time to attempt service on both defendants; d. Obtain proof of service documentation from the process server; and e. File the proofs of service with the Court.

8. Given the short timeframe between the Court's order and the current deadline, and the practical requirements of arranging professional process service, plaintiff requests a 30-day extension to effect proper service.

9. A 30-day extension would provide plaintiff with a new deadline of February 11, 2026, which would allow adequate time to complete service through proper channels.

10. Defendants will not be prejudiced by a brief extension of time, as they have not appeared in this case and the Court has already stricken their defaults.

11. Plaintiff will diligently pursue service during the extended period and will comply with all applicable rules and court orders going forward.

WHEREFORE, plaintiff respectfully requests that the Court grant a 30-day extension of the deadline to effect service of the amended complaint, establishing a new deadline of February 11, 2026.

2

Respectfully submitted this 15th day of January, 2026.

                                                  */s/Jason Crews*

                                                  Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By:                 */s/Jason Crews*
      Jason Crews