Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v | PROPOSED ORDER GRANTING EXTENSION OF TIME TO EFFECT SERVICE OF AMENDED COMPLAINT |
| Travel Club Enterprises LLC, *et al*. | |
| Defendants. | |

Plaintiff's Motion for Extension of Time to Effect Service of Amended Complaint having come before the Court, and good cause appearing therefor,

IT IS ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the deadline for plaintiff to file proof of service of the amended complaint via personal service by a process server is extended to February 11, 2026.

IT IS FURTHER ORDERED that if neither defendant responds to the amended complaint, no later than twenty-two days after service of the amended complaint plaintiff shall file new applications for entry of default. Plaintiff shall file a motion for default judgment within five days of the defaults being entered.

Dated this ___ day of January, 2026.

_____

Honorable Krissa M. Lanham

1

|   |   |
|---|---|
| 1 | United States District Judge |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |