AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00024-KML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Travel Club Enterprises LLC** was recieved by me on **1/22/2026:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mother Of Alexandra (Allie) And Coresident**, who is designated by law to accept service of process on behalf of **Travel Club Enterprises LLC** at **4818 E Hearn Rd, Scottsdale, AZ 85254** on **01/23/2026 at 2:49 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   01/23/2026

_____
*Server's signature*

**Mario Enrico Bertuccelli**
*Printed name and title*

**10638 E Cinnabar Avenue**
**Scottsdale, AZ 85258**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN CIVIL ACTION; COMPLAINT; ORDER, to Mother Of Alexandra (Allie) And Coresident with identity confirmed by subject stating their name. The individual tried to refuse service by closing the door and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: **0205177290**