AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00024-KML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Alexandra Olson**
was recieved by me on  **1/22/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Juliette Santiago - Olson Daughter Abd Co Resident**, a person of suitable age and discretion who resides at **4818 E Hearn Rd, Scottsdale, AZ 85254**, on **01/22/2026 at 5:17 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  01/22/2026

*Server's signature*

**Mario Enrico Bertuccelli**
*Printed name and title*

**10638 E Cinnabar Avenue
Scottsdale, AZ 85258**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN CIVIL ACTION; COMPLAINT; ORDER,  to Juliette Santiago - Olson Daughter Abd Co Resident who identified themselves as the subject's daughter, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 15-17 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0205006429**