Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | **Case No.: 2:25-cv-00024-KML** |
|     Plaintiff, | Application for Entry of Default for Alexandra Olson |
| v. | |
| Travel Club Enterprises LLC, et al., | |
|     Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Alexandra Olson ("Olson"). In support of his request, Crews states as follows:

- The summons for Olson was issued January 8, 2025. Doc. 6.

- Copies of the summons and amended complaint were served on Olson on January 22, 2026, via substitute service at her residence with her daughter and co-resident,

1

Juliette Santiago, a person of suitable age and discretion, at 4818 E Hearn Rd, Scottsdale, AZ 85254.

- Proof of service was filed with the Court on February 8, 2026. Doc. 35.

- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.

- Olson is a business owner and I have no reason to believe that she is either an infant nor an incompetent person.

Dated this March 19, 2026.

/s/Jason Crews

Jason Crews

**COPIES** of the foregoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By:    /s/Jason Crews
Jason Crews

2