Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | **Case No.: 2:25-cv-00024-KML** |
| Plaintiff, | Declaration in Support of |
| v. | Plaintiff's Application for Entry of Default for Alexandra Olson |
| Travel Club Enterprises LLC, et al., | |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Alexandra Olson ("Olson"), was served a copy of the summons and amended complaint on January 22, 2026, via substitute service at her residence with her daughter and co-resident, Juliette Santiago, a person of suitable age and discretion who resides at 4818 E Hearn Rd, Scottsdale, AZ 85254.

1

3. Proof of service was filed with the Court on February 8, 2026. Doc. 35.

4. Olson was required to file an answer no later than February 12, 2026.

5. No answer has been received.

6. Olson is a business owner and I have no reason to believe she is an infant or an incompetent person.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this March 19, 2026.

Jason Crews

**COPIES** of the foregoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By:    /s/Jason Crews
Jason Crews

2