# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jason Crews,

      Plaintiff,

v.

Travel Club Enterprises LCC, et al.,

      Defendants.

**NO. CV-25-00024-PHX-KML**

**CLERK'S ENTRY OF DEFAULT**

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Travel Club Enterprises LCC and Alexandra Olson.

DEFAULT ENTERED this 23rd day of March, 2026.

Debra D. Lucas
District Court Executive/Clerk of Court

March 23, 2026

By  s/ K. James
    Deputy Clerk