Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

|  |  |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v | Motion For Extension to File Plaintiff's |
| Travel Club Enterprises LLC, *et al.* | Second Motion for Default Judgment |
| Defendants. | |

Plaintiff Jason Crews respectfully requests an extension to file his Second Motion for Default Judgment. In support of this motion, plaintiff states as follows:

1. Given the short timeframe between the Court's order and the current deadline, and the practical time constraints for drafting motions while this pro se plaintiff works full time.
2. Plaintiff has now completed the motion, and files it along side this motion.
3. Defendants will not be prejudiced by a brief extension of time, as they have not appeared in this case and the Court has already stricken their defaults.

WHEREFORE, plaintiff respectfully requests that the Court grant an extension to deadline to file his motion for default.

1

Respectfully submitted this 30th day of March, 2026.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the foregoing were mailed via USPS to
Travel Club Enterprises, LLC
7141 E Main St
Scottsdale, AZ 85251-4315

AND

Alexandra Olson
4818 E Hearn Rd
Scottsdale, AZ 85254-2837

By:    /s/*Jason Crews*

Jason Crews

2