Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v | PROPOSED ORDER GRANTING |
| Travel Club Enterprises LLC, *et al.* | EXTENSION OF FILE SECOND |
| Defendants. | MOTION FOR DEFAULT JUDGMENT |

Plaintiff's Motion for Extension of Time to file Plaintiff's Second Motion for Default Judgment having come before the Court, and good cause appearing therefor,

IT IS ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Second Motion for Default Judgment is accepted as timely filed.

Dated this ___ day of January, 2026.

_____

Honorable Krissa M. Lanham

United States District Judge

1