UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00024-KML |
| Plaintiff, | |
| v. | [Proposed] ORDER  Granting Plaintiff's |
| Travel Club Enterprises LLC, *et al.* | Motion of Default |
| Defendants. | |

IT IS ORDERED that Plaintiff's Motion for Default against Travel Club Enterprises, LLC and Alexandra Olson is granted.

IT IS FURTHER that Defendants Motion for Default against Travel Club Enterprises, LLC and Alexandra Olson are jointly and severally liable for damages in the amount of $9,725.

1