# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | **NO. CV-25-00024-PHX-KML** |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Travel Club Enterprises LCC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of plaintiff and against defendants Travel Club Enterprise LLC and Alexandra Olson, jointly and severally, in the amount of $1,500.

Debra D. Lucas
District Court Executive/Clerk of Court

May 6, 2026

By   s/ K. James
Deputy Clerk